UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

DANIEL LUGO,

    Plaintiff,

vs.

    Case No. 1:23-cv-01711

E-SUITES, INC.,

    Defendant.

_____/

**<u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>**

Plaintiff, by and through his undersigned counsel, hereby dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted this 4th day of May, 2023.

<u>s/Lee D. Sarkin</u>
LEE D. SARKIN
A.R.D.C. No. 6271426
LSarkin@aol.com
8745 W. Higgins Road
Suite 110
Chicago, Illinois 60631
Telephone (312) 741-1142
Attorney for Plaintiff